UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARIA PALOMA LEMUS PEREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LYONS, et al.,<br><br>　　　　Respondents. | No. 1:26-cv-00064-WBS-DMC<br><br><br>ORDER |

----oo0oo----

　　　　Respondents are ORDERED to file their opposition to Petitioner's Motion for Temporary Restraining Order (Docket No. 2) by noon on January 7, 2026.  In their response, Respondents shall provide the reasons for which Petitioner was re-detained by Immigration and Customs Enforcement in November 2025.

　　　　IT IS SO ORDERED

Dated:  January 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1