**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA PALOMA LEMUS PEREZ, | No.  1:26-cv-00064-DMC (HC) |
| Petitioner, | |
| v. | MEMORANDUM OPINION AND ORDER |
| TODD M. LYONS, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding with counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pursuant to the written consent of all parties, ECF Nos. 7 and 8, this case is before the undersigned judge for all purposes, including entry of a final judgment.  See 28 U.S.C. § 636(c); see also ECF No. 10 (consent order). Pending before the Court is Petitioner's petition for writ of habeas corpus, ECF No. 1. Respondents filed a response, ECF No. 5, and opposition, ECF No. 13. Petitioner filed a reply, ECF No. 14.

The undersigned previously issued a preliminary injunction, ordering Respondents to release Petitioner. See ECF No. 11. Respondents were then ordered to show cause why the Court should not grant the Petition for Writ of Habeas Corpus and enter judgment in favor of Petitioner. See ECF No. 12. Respondents filed an opposition, stating "[f]or the reasons set forth in the Respondents' previous filing, Respondents assert that Petitioner's detention was lawful. Respondents submit on the previous filing." ECF No. 13 (internal citations omitted).

The undersigned has evaluated the petition, the parties' arguments, and the record in this case. The Court finds, for the reasons addressed in the order granting Petitioner's motion for injunctive relief, ECF No. 11, and in other cases, see Sarfaraz Mohammed v. Murray, No. 1:25-CV-01761-TLN-DMC-HC, 2026 LX 11020, WL 124866  (E.D. Cal. Jan. 15, 2026), report and recommendation adopted, No. 1:25-CV-01761-TLN-DMC, 2026 WL 311864 (E.D. Cal. Feb. 5, 2026), that Petitioner's re-detention without notice or a pre-deprivation bond hearing violated the Due Process Clause of the Fifth Amendment. Thus, Petitioner is entitled to relief and the petition will be granted.

Based on the foregoing, the petition for writ of habeas corpus, ECF No. 1, is GRANTED.

IT IS SO ORDERED.

Dated:  July 9, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE