**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA PALOMA LEMUS PEREZ,<br>Petitioner,<br>v.<br>TODD M. LYONS, et. al.,<br>Respondents. | No. 1:26-cv-00064-ICD (HC)<br><br>ORDER |

Petitioner filed petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pursuant to the Court's order granting the petition, ECF No. 15, the Clerk of the Court is directed to enter judgment in favor of Petitioner close this file.

IT IS SO ORDERED.

Dated: September 15, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE